United States District Court
Southern District of New York
---------------------------------------------------

United States of America,

                -against-                        **ORDER**

                                                  21 Cr. 385 (CS)

Xavier Jeter,

                      Defendant.
---------------------------------------------------

Upon the application of defendant Xavier Jeter, it is hereby ORDERED that the Westchester County Jail shall produce Mr. Jeter to participate in a videoconference, on at least three occasions, each occasion lasting no more than two consecutive hours, with his attorney's retained expert evaluator, Dr. Chriscelyn Tussey, at dates and time in December 2021 or January 2022 convenient to all parties.

SO ORDERED.

Dated: 12/3/21
White Plains, New York

                                                  _____
                                                  Honorable Cathy Siebel
                                                  United States District Judge