UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Re: Criminal Cases<br><br>21-CR-385 | NOTICE OF TELECONFERENCE<br>INFORMATION |

KENNETH M. KARAS, United States District Judge:

For the week of February 7, 2022, the Court will hold all criminal proceedings by telephone. To access the teleconference, please use the following information:

Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195

Please enter the conference as a guest by pressing the pound sign (#).

Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated: February 4, 2022
       White Plains, New York

_____
KENNETH M. KARAS
United States District Judge