United States District Court
Southern District of New York
-----------------------------------------------------

United States of America,

              -against-                                **ORDER**
                                                                    21 Cr. 385 (CS)

Xavier Jeter,

                        Defendant.
-----------------------------------------------------

Upon the application of defendant Xavier Jeter, it is hereby ORDERED that the Westchester County Jail shall produce Mr. Jeter to participate in a videoconference, on at least two occasions, each occasion lasting no more than two consecutive hours, with his attorney's retained expert evaluator, Dr. Chriscelyn Tussey, at dates and time in February 2022 or March 2022 convenient to all parties.

SO ORDERED.

Dated: 2/7/22
White Plains, New York

                                                                                            Honorable Cathy Seibel
                                                                                           United States District Judge